# LAW OFFICE OF PHILIP AKAKWAM, P.C.

303 Livingston Street, 2nd Floor
Brooklyn, New York 11217

---

Telephone: (718) 858-2488      E-mail: pakakwam@gmail.com      Facsimile: (718) 858-2489

April 24, 2024

**VIA ECF**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 4/24/2024

*MEMO ENDORSED*

*Ok, Conference adjourned.*

*Colleen M. Mc[...]*

*4/24/2024*

Re:     <u>Joshua Robinson v. The City of New York, et al</u>
        24-CV-1717 (CM)(GS)

Your Honor:

I am the attorney for the plaintiff in the above-referenced matter and I write to respectfully request an adjournment of the Initial Pretrial Conference scheduled for April 25, 2024, at 11:30 a.m. The reason for this request is that no appearance has been made on behalf of the defendants even though all defendants have been served and the affidavits of service filed with the Court. While the City's Answer was due on April 18, 2024, the individual defendants have until May 1, 2024 to answer. On April 23, 2024, I called the NYC Law Department for information on who would be appearing for the defendants and I was advised that this case has not yet been assigned to any attorney to appear for the City and/or other defendants.

Also, this case has been designated as part of the Southern District of New York's Plan for Section 1983 Cases against the City of New York, or its agents, under Local Civil Rule 83.10 (hereinafter "LCR 83.10"). (See Minute Entry filed March 7, 2024). As the Court is aware, pursuant to LCR 83.10, the parties must engage in limited discovery and mediation in an attempt at early resolution of the case.

In light of the foregoing, plaintiff respectfully requests that the April 25, 2024 Initial Conference be adjourned to a time convenient to the Court, and possibly to a date after the parties have had an opportunity to participate in the Section 1983 Plan. No previous request for adjournment of the initial conference has been made by the plaintiff.

Thank you for your consideration of this matter.

Respectfully Submitted,

/s/
Philip Akakwam

Case 1:24-cv-01717-CM   Document 11   Filed 04/24/24   Page 2 of 2

cc:    The City of New York (By Mail)
       c/o Corporation Counsel
       100 Church Street
       New York, NY 10007